**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLES FERRENTINO,

                Plaintiff,

-v-

NANCY BERRYHILL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 148 (RWL)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 17, 2019, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 18, 2019

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                     **BY:**
                                            **Deputy Clerk**